IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODROW R. COX III, individually and on behalf of all others similarly situated; KIMBERLY J. COX, individually and on behalf of all others similarly situated; and MAKINSEY L. FORTENBURY, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>ACCREDITED COLLECTION SERVICE, INC., NEBRASKA MEDICINE, and BQ & ASSOCIATES, P.C., L.L.O.,<br><br>Defendants. | **4:26CV3200**<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Federal Rule of Civil Procedure 4, a complaint must be served within 90 days of filing the lawsuit and a summons must be served with a copy of the complaint. Plaintiffs filed this case on June 27, 2026, and have not requested summons or taken any other action. Pursuant to this court's rules, "[a]t any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." *See* NECivR 41.2.

Accordingly,

IT IS ORDERED that Plaintiffs shall have until October 19, 2026, to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or

for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 5th day of October, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge