IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WOODROW R. COX III, individually and on behalf of all others similarly situated; KIMBERLY J. COX, individually and on behalf of all others similarly situated; and MAKINSEY L. FORTENBURY, individually and on behalf of all others similarly situated;

Plaintiffs,

vs.

ACCREDITED COLLECTION SERVICE, INC., NEBRASKA MEDICINE, and BQ & ASSOCIATES, P.C., L.L.O.,

Defendants.

**4:26CV3200**

**ORDER TO SHOW CAUSE**

On October 5, 2026, the court ordered Plaintiffs to show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for want of prosecution. (Filing No. 3). Plaintiffs responded and moved to extend their time to complete service. (Filing No. 8). Upon finding cause was shown, the court granted the motion and extended the deadline to complete service to November 19, 2026. (Filing No. 9).

That deadline has now passed. Although summonses were issued on October 15, 2026 (Filing No. 7), no summons has been returned executed and no proof of service has been filed as to any defendant. *See* Fed. R. Civ. P. 4(l)(1). No defendant has voluntarily appeared. Pursuant to this court's rules, "[a]t any time, after appropriate notice, a case not

being prosecuted with reasonable diligence may be dismissed for lack of prosecution." *See* NECivR 41.2.

Accordingly,

Plaintiffs are again ordered to show cause, on or before December 7, 2026, why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 23rd day of November, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge